IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Jones, Luella D | Case Number: 08 B 15262 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/7/08 | Filed: 6/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 36.90 | 0.00 |
| 3. | Bass & Associates | Unsecured | 15.70 | 0.00 |
| 4. | Nissan Motor Acceptance Corporation | Unsecured | 575.83 | 0.00 |
| 5. | LeLand Scott & Associates | Unsecured | 35.79 | 0.00 |
| 6. | CBCS | Unsecured | | No Claim Filed |
| 7. | American Recovery System | Unsecured | | No Claim Filed |
| 8. | American Recovery System | Unsecured | | No Claim Filed |
| 9. | Continental Furniture | Unsecured | | No Claim Filed |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 11. | KCA Financial Services | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | KCA Financial Services | Unsecured | | No Claim Filed |
| 14. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 15. | KCA Financial Services | Unsecured | | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 18. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 20. | KCA Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 664.22 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Jones, Luella D

Printed: 10/7/08

Case Number: 08 B 15262
Judge: Goldgar, A. Benjamin
Filed: 6/13/08

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

